Hearing Date: January 19, 2011
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                        §         Chapter 7
                                              §
SFIROS INC DBA NATS GARDEN PRODUCE            §         Case No. 08-02918
                                              §
         Debtor                               §         Hon. Eugene R. Wedoff

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]       $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-02918 ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | | Date Filed (f) or Converted (c): | 02/08/08 (f) |
| | | | 341(a) Meeting Date: | 03/12/08 |
| For Period Ending: | 09/26/10 | | Claims Bar Date: | 10/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 25.00 | 0.00 | | 0.00 | FA |
| 2. BROADWAY BANK 5960 N. BROADWAY CHICAGO, IL | 800.00 | 0.00 | | 0.00 | FA |
| 3. COMPREHENSIVE LIABILITY AND PROPERTY DAMAGE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 18,762.70 | 0.00 | | 23,619.59 | FA |
| 5. Potential Rebate on Workers Comp Insurance Premium | Unknown | Unknown | | 0.00 | FA |
| 6. License, Franchise or other General Intangible City Wholesale Food Establishment of Chicago | 0.00 | 0.00 | | 0.00 | FA |
| 7. License, franchise or other General Intangible Illinois Sales Tax Resser Reg. | 0.00 | 0.00 | | 0.00 | FA |
| 8. License, franchise or other general intangible PACA License Renewal #19924092 | 0.00 | 0.00 | | 0.00 | FA |
| 9. License, franchise or other general intangible IL Dept of Agriculture (Registered as Specialty Farm Products Buyer) | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1992 CHEVROLET SPORTVAN 6 10/620 | 600.00 | 0.00 | | 600.00 | FA |
| 11. 1993 GMC TOPKICK C 71-H 042 | 3,000.00 | 0.00 | | 3,000.00 | FA |
| 12. 1993 FORD ECONOLINE REG CAB PICKUP | 600.00 | 0.00 | | 600.00 | FA |
| 13. 1993 INTERNATIONAL MODEL 4170 | 3,000.00 | 0.00 | | 3,000.00 | FA |
| 14. Office Equipment | 4,000.00 | 0.00 | | 4,000.00 | FA |
| 15. Machinery, Fixtures, Equipment & Supplies Combined with No. 28 (Debtor's estimated total value of $4,000.00) | 0.00 | 0.00 | | 3,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 46.86 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $30,787.70     $0.00     $38,666.45     $0.00

(Total Dollar Amount in Column 6)

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.20

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-02918    ERW    Judge: EUGENE R. WEDOFF | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | Date Filed (f) or Converted (c): | 02/08/08 (f) |
| | | 341(a) Meeting Date: | 03/12/08 |
| | | Claims Bar Date: | 10/30/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Produce Distributor filed vol. ch. 7; TR sold Accounts Receivable and conducted auction of vehicles;  Currently holds $36,000 in funds.  TR has determined AR and vehicle proceeds are subject to PACA trust  Contacted counsel for PACA claimants and negotiated agreement to pay administrative claims and distribute remaining funds to PACA claimants. Obtained order approving settlement on 9/14/10.  Prepared estate tax returns and TFR.

Initial Projected Date of Final Report (TFR): 03/31/10          Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-02918 -ERW | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2249 BofA - Money Market Account |
| Taxpayer ID No: | *******4006 | | | |
| For Period Ending: | 09/26/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/08 | 4 | SFIROS INC D B A NATS GARDEN PRODUC<br>7200 S KIMBARK AVE<br>CHICAGO, IL 60619-1416 | ACCOUNT RECEIVABLE | 1121-000 | 23,619.59 | | 23,619.59 |
| 05/07/08 | * NOTE * | ALEX NAKONECHNY | SALE OF CARS<br><br>* NOTE *  Properties 10, 11, 12, 13, 14, 15 | 1129-000 | 15,000.00 | | 38,619.59 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.67 | | 38,623.26 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.76 | | 38,628.02 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.91 | | 38,632.93 |
| 08/14/08 | | Transfer to Acct #*******2265 | Bank Funds Transfer | 9999-000 | | 2,625.00 | 36,007.93 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.71 | | 36,012.64 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.43 | | 36,017.07 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.49 | | 36,020.56 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.95 | | 36,023.51 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.82 | | 36,025.33 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 36,025.63 |
| 02/17/09 | 000301 | International Sureties, Ltd.<br>701 Poydras Street  #420<br>New Orleans  LA  70139 | 2009 Blanket Bond Premium<br>Bond No. 016260455 | 2300-000 | | 70.57 | 35,955.06 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 35,955.34 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 35,955.66 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 35,956.45 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,957.36 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.90 | | 35,958.26 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,959.18 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,960.10 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.89 | | 35,960.99 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,961.90 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.90 | | 35,962.80 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,963.72 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-02918 -ERW | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2249 BofA - Money Market Account |
| Taxpayer ID No: | *******4006 | | |
| For Period Ending: | 09/26/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,964.63 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 35,965.46 |
| 03/04/10 | | Transfer to Acct #*******2265 | Bank Funds Transfer | 9999-000 | | 102.31 | 35,863.15 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,864.07 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.88 | | 35,864.95 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,865.86 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,866.75 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,867.65 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,868.57 |

| Account *******2249 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 38,619.59 | 1 | Checks | 70.57 |
| | 28 | Interest Postings | 46.86 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 2,727.31 |
| | | Subtotal | $ 38,666.45 | | | |
| | | | | | Total | $ 2,797.88 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 38,666.45 | | | |

LFORM2T4
UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

Ver: 15.20

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02918 -ERW | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2265  BofA - Checking Account |
| Taxpayer ID No: | *******4006 | | |
| For Period Ending: | 09/26/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/08 | | Transfer from Acct #*******2249 | Bank Funds Transfer | 9999-000 | 2,625.00 | | 2,625.00 |
| 08/14/08 | 003001 | American Auction Associates | SALE OF INVENTORY | 3610-000 | | 1,500.00 | 1,125.00 |
| | | 8515 South Thomas Avenue | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 08/14/08 | 003002 | Errol S. Sukru | ADMINISTRATIVE EXPENSE | 2990-000 | | 1,125.00 | 0.00 |
| | | President | | | | | |
| | | 5855 North Sheridan Road | | | | | |
| | | Chicago, IL 60660 | | | | | |
| 03/04/10 | | Transfer from Acct #*******2249 | Bank Funds Transfer | 9999-000 | 102.31 | | 102.31 |
| 03/04/10 | 003003 | International Sureties, Ltd. | Bond Premium Payments | 2300-000 | | 102.31 | 0.00 |
| | | Suite 420 | 2010 Bond premium | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans   LA   70139 | | | | | |

| Account *******2265 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| 0 | Deposits | 0.00 | 3 | Checks | 2,727.31 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 2,727.31 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 2,727.31 | | | |
| | Total | $ 2,727.31 | | | |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) *(Page: 7)*                                                                                                  Ver: 15.20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 08-02918 -ERW | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2265  BofA - Checking Account |
| Taxpayer ID No: | *******4006 | | |
| For Period Ending: | 09/26/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 2 | Deposits | 38,619.59 | 4 | Checks | 2,797.88 |
| | | 28 | Interest Postings | 46.86 | 0 | Adjustments Out | 0.00 |
| | | | | | 2 | Transfers Out | 2,727.31 |
| | | | Subtotal | $ 38,666.45 | | | |
| | | | | | | Total | $ 5,525.19 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 2 | Transfers In | 2,727.31 | | | |
| | | | Total | $ 41,393.76 | | Net Total Balance | $ 35,868.57 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-02918 | | Page 1 | | Date: September 26, 2010 |
| Debtor Name: | SFIROS INC D B A NATS GARDEN | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | Jay A. Steinberg, Trustee<br>35 East Wacker Drive<br>Suite 1550<br>Chicago  IL  60601 | Administrative | Pursuant to settlement order dated 9/14/10, adminsitrative claims not to exceed $6,065 will be paid before pro rata distribution to secured PACA claimants | $2,300.00 | $0.00 | $2,300.00 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $2,300.00 | $0.00 | $2,300.00 |
| 999 2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans   LA   70139 | Administrative | | $102.31 | $102.31 | $0.00 |
| | Subtotal For Claim Type 2300-00  Bond Payments | | | $102.31 | $102.31 | $0.00 |
| 001 3210-00 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Administrative | Pursuant to settlement order dated 9/14/10, adminsitrative claims not to exceed $6,065 will be paid before pro rata distribution to secured PACA claimants | $3,075.00 | $0.00 | $3,075.00 |
| | Subtotal For Claim Type 3210-00  Attorney for Trustee Fees (Other Fi | | | $3,075.00 | $0.00 | $3,075.00 |
| 001 3220-00 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Administrative | Pursuant to settlement order dated 9/14/10, adminsitrative claims not to exceed $6,065 will be paid before pro rata distribution to secured PACA claimants | $90.00 | $0.00 | $90.00 |
| | Subtotal For Claim Type 3220-00  Attorney for Trustee Expenses | | | $90.00 | $0.00 | $90.00 |
| 001 3310-00 | Popowcer & Katten, Ltd.<br>Attn:  Lois West<br>35 East Wacker Drive  #1550<br>Chicago   IL  6601 | Administrative | Pursuant to settlement order dated 9/14/10, adminsitrative claims not to exceed $6,065 will be paid before pro rata distribution to secured PACA claimants | $600.00 | $0.00 | $600.00 |
| | Subtotal For Claim Type 3310-00  Accountant for Trustee Fees | | | $600.00 | $0.00 | $600.00 |
| 000001 050 4220-00 | Anthony Marano Company | Secured<br>PACA Claimant | | $3,937.75 | $0.00 | $3,937.75 |
| 000002 050 4220-00 | Auster Acquisitions, LLC f/k/a<br>and d/b/a The Auster Company Inc<br>William B Kohn, Esq<br>150 N Wacker Dr Ste 1400<br>Chicago, IL 60606 | Secured<br>PACA Claimant | | $20,135.00 | $0.00 | $20,135.00 |
| 000003 050 4220-00 | Panama Banana Dist Co<br>William B Kohn Esq<br>150 N Wacker Dr Ste 1400<br>Chicago, IL 60606 | Secured<br>PACA Claimant | | $1,782.00 | $0.00 | $1,782.00 |
| 000004 050 4220-00 | Jack Tuchten Wholesale Products Inc<br>William B Kohn Esq<br>150 N Wacker Drive Suite 1400<br>Chicago, IL 60606 | Secured<br>PACA Claimant | | $6,954.75 | $0.00 | $6,954.75 |
| 000005 050 4220-00 | Buurma Farms, Inc.<br>c/o Martyn and Associates<br>820 Superior Avenue, N.W., Tenth | Secured<br>PACA Claimant | | $36,088.49 | $0.00 | $36,088.49 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-02918 | | Page 2 | | Date: September 26, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | SFIROS INC D B A NATS GARDEN | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Floor<br>Cleveland, Ohio 44113 | | | | | |
| 000006<br>050<br>4220-00 | Wendell Roberson Farms, Inc.<br>c/o Martyn and Associates<br>820 Superior Avenue, N.W., Tenth<br>Floor<br>Cleveland, Ohio 44113 | Secured<br>PACA Claimant | | $37,180.89 | $0.00 | $37,180.89 |
| 000007<br>050<br>4220-00 | H.C. Schmieding Produce Co., Inc.<br>c/o Martyn and Associates<br>820 Superior Avenue, N.W., Tenth<br>Floor<br>Cleveland, Ohio 44113 | Secured<br>PACA Claimant | | $16,062.51 | $0.00 | $16,062.51 |
| 000008<br>050<br>4220-00 | Evergreen International Inc<br>c/o Steven M De Falco, Esq<br>Meuers Law Firm P L<br>5395 Park Central Court<br>Naples, FL 34109 | Secured<br>PACA Claimant | | $1,899.84 | $0.00 | $1,899.84 |
| 000009<br>050<br>4220-00 | Borzynski Bros. Distrbuting Inc<br>c/o Steven M De Falco, Esq<br>Meuers Law Firm, P I<br>5395 Park Central Court<br>Naples, FL 34109 | Secured<br>PACA Claimant | | $1,458.14 | $0.00 | $1,458.14 |
| | Subtotal For Claim Type 4220-00  Personal Prop & Intang - Non | | | $125,499.37 | $0.00 | $125,499.37 |
| 000011<br>070<br>7100-00 | Rummel Associates Inc<br>180 N LaSalle St Ste 3100<br>Chicago, IL 60601 | Unsecured | | $68,562.00 | $0.00 | $68,562.00 |
| 000012<br>070<br>7100-00 | Vanderwall Farms, Inc.<br>6972 W. 1000 N<br>Demotte, IN 46310 | Unsecured | | $6,397.00 | $0.00 | $6,397.00 |
| 000013<br>070<br>7100-00 | McCarron & Diess<br>4900 Massachusetts Avenue NW<br>Washington, DC  20016-4358 | Unsecured | | $2,830.30 | $0.00 | $2,830.30 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $77,789.30 | $0.00 | $77,789.30 |
| 000010<br>080<br>7200-00 | Errol Sukru<br>5855 N. Sheridan Road, Suite #4-A<br>Chicago, IL 60660 | Unsecured | (10-1) Rent | $63,000.00 | $0.00 | $63,000.00 |
| | Subtotal For Claim Type 7200-00  Tardy General Unsecured 726(a)(3) | | | $63,000.00 | $0.00 | $63,000.00 |
| | Case Totals: | | | $272,455.98 | $102.31 | $272,353.67 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-02918
Case Name: SFIROS INC D B A NATS GARDEN PRODUC
Trustee Name: JAY A. STEINBERG, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Anthony Marano Company | $ |
| Auster Acquisitions, LLC f/k/a | $ |
| Panama Banana Dist Co | $ |
| Jack Tuchten Wholesale Products Inc | $ |
| Buurma Farms, Inc. | $ |
| Wendell Roberson Farms, Inc. | $ |
| H.C. Schmieding Produce Co., Inc. | $ |
| Evergreen International Inc | $ |
| Borzynski Bros. Distrbuting Inc | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JAY A. STEINBERG, TRUSTEE* | $ | $ |
| *Attorney for trustee: ARNSTEIN & LEHR LLP* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer & Katten, Ltd.* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Fees:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000011* | *Rummel Associates Inc* | $ | $ |
| *000012* | *Vanderwall Farms, Inc.* | $ | $ |
| *000013* | *McCarron & Diess* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000010* | *Errol Sukru* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $          .