Hearing Date: January 19, 2011
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SFIROS INC DBA NATS GARDEN PRODUCE | § § | Case No. 08-02918 ERW |
| | § | Hon. Eugene R. Wedoff |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JAY A. STEINBERG, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on Wednesday, January 19, 2011
in Courtroom 744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                    By: Kenneth S. Gardner
                                                   Clerk of U.S. Bankruptcy Court

JAY A. STEINBERG, TRUSTEE
35 E. WACKER DR., SUITE 1550, CHICAGO, IL 60601

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
SFIROS INC D B A NATS GARDEN PRODUC § Case No. 08-02918 ERW
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 38,666.45 |
| *and approved disbursements of* | $ | 2,797.88 |
| *leaving a balance on hand of*[1] | $ | 35,868.57 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* | |
|---|---|---:|
| Anthony Marano Company | $ | 935.14 |
| Auster Acquisitions, LLC f/k/a | $ | 4,781.66 |
| Panama Banana Dist Co | $ | 423.19 |
| Jack Tuchten Wholesale Products Inc | $ | 1,651.61 |
| Buurma Farms, Inc. | $ | 8,570.29 |
| Wendell Roberson Farms, Inc. | $ | 8,829.71 |
| H.C. Schmieding Produce Co., Inc. | $ | 3,814.52 |
| Evergreen International Inc | $ | 451.17 |
| Borzynski Bros. Distrbuting Inc | $ | 346.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: JAY A. STEINBERG, TRUSTEE | $ 2,300.00 | $ 0.00 |
| Attorney for trustee: ARNSTEIN & LEHR LLP | $ 3,075.00 | $ 90.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer & Katten, Ltd. | $ 600.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,789.30 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000011 | Rummel Associates Inc | $ 68,562.00 | $ 0.00 |
| 000012 | Vanderwall Farms, Inc. | $ 6,397.00 | $ 0.00 |
| 000013 | McCarron & Diess | $ 2,830.30 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 63,000.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000010 | Errol Sukru | $ 63,000.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Jay A. Steinberg_____
Chapter 7 Trustee

JAY A. STEINBERG, TRUSTEE
35 EAST WACKER
SUITE 1550
CHICAGO, IL 60601-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: preed                  Page 1 of 2                  Date Rcvd: Dec 20, 2010
Case: 08-02918                 Form ID: pdf002              Total Noticed: 42

The following entities were noticed by first class mail on Dec 22, 2010.
db          +SFIROS, Inc. d/b/a Nats Garden Produce,   7200 S. Kimbark,   Chicago, IL 60619-1416
aty         +Arnstein & Lehr LLP,   120 S Riverside Plaza,   Suite 1200,   Chicago, IL 60606-3910
aty         +Eugene Crane,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
tr          +Jay A Steinberg, ESQ,   35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
11937991    +AT&T,   PO Box 8100,   Aurora, IL 60507-8100
11937988    +Allied Waste Service,   2608 S. Damen,   Chicago, IL 60608-5209
11937989     Anthony Marano Co.,   3000 S. Ashland Ave., #100,   Chicago, IL 60608-5348
12043988    +Auster Acquisitions, LLC f/k/a,   and d/b/a The Auster Company Inc,   William B Kohn, Esq,
              150 N Wacker Dr Ste 1400,   Chicago, IL 60606-1634
11937992    +B&B Farms,   2150 Bernice Road,   Lansing, IL 60438-1006
11937993    +Borzynski Bros. Dist. Co.,   10508 Kraut Road,   Franksville, WI 53126-9338
12276762    +Borzynski Bros. Distrbuting Inc,   c/o Steven M De Falco, Esq,   Meuers Law Firm, P I,
              5395 Park Central Court,   Naples, FL 34109-5932
11937994    +Buurma Farms, IUC,   3909 Kok Road,   Willard, OH 44890-9700
12081508    +Buurma Farms, Inc.,   c/o Martyn and Associates,   820 Superior Avenue, N.W., Tenth Floor,
              Cleveland, Ohio 44113-1827
11937995    +City Wide,   2404 S. Wolcott,   Chicago, IL 60608-5300
11937996    +Coosemans Chicago, Inc.,   2404 S. Wilcott, Unit 13,   Chicago, IL 60608-5341
11937998    +Eclipse Dist. Inc.,   863 D. Center Ct.,   Shorewood, IL 60404-8512
11938010    +Errol Sukru,   Nicholas Harisiadis,   5855 N. Sheridan Road,   Chicago, IL 60660-3818
11938009    +Errol Sukru,   7200 S. Kimbark,   Chicago, IL 60619-1416
12290913    +Errol Sukru,   5855 N. Sheridan Road, Suite #4-A,   Chicago, IL 60660-3853
11937999    +Esteban Ventura,   Consumer First,   716 W. Irving Park,   Bensenville, IL 60106-1981
11938000    +Evergreen Int'l,   2404 S. Wolcott,   Chicago, IL 60608-5300
12276760    +Evergreen International Inc,   c/o Steven M De Falco, Esq,   Meuers Law Firm P L,
              5395 Park Central Court,   Naples, FL 34109-5932
11938001    +H.C. Schmieding Produce Co.,   PO Box 369,   Springdale, AR 72765-0369
12081535    +H.C. Schmieding Produce Co., Inc.,   c/o Martyn and Associates,
              820 Superior Avenue, N.W., Tenth Floor,   Cleveland, Ohio 44113-1827
11938002    +Jack Tuchted Wholesale Produce Inc.,   2404 S. Wolcott, Unit #31,   Chicago, IL 60608-5344
12044017    +Jack Tuchten Wholesale Products Inc,   William B Kohn Esq,   150 N Wacker Drive Suite 1400,
              Chicago, IL 60606-1634
11938003    +McCarron & Diess,   4900 Massachusetts Ave. NW,   Washington, DC 20016-4358
12044012    +Panama Banana Dist Co,   William B Kohn Esq,   150 N Wacker Dr Ste 1400,   Chicago, IL 60606-1634
11938004    +Panama Distributors,   2404 S. Wolcott,   Chicago, IL 60608-5300
11938005     Peoples Gas,   People Energy,   Chicago, IL 60687-0001
12298539    +Rummel Associates Inc,   180 N LaSalle St Ste 3100,   Chicago, IL 60601-2814
11938006    +Rummell Insurance,   PO Box 5387,   Jacksonville, FL 32247-5387
11938007     Southern Produce Dist. Inc.,   PO Box 130,   Faison, NC 28341-0130
11938008    +Stephen Levy & Assoc,   33 N. LaSalle St., #2800,   Chicago, IL 60602-3398
11938011    +The Auster Company,   2404 S. Wolcott Ave.,   Chicago, IL 60608-5300
11938012    +Valverde Vegetable Co.,   2200 Trophy Drive,   PO Box 4448,   McAllen, TX 78502-4448
11938013    +Vanderwall Farms, Inc.,   6972 W. 1000 N,   Demotte, IN 46310-8614
11938014    +Wayne E. Bailey Produce Co.,   PO Box 467,   Chadbourn, NC 28431-0467
11938015    +Wendell Roberson Farms, Inc.,   35 Hickory Springs Churh Road,   Tifton, GA 31793-5218
12081529    +Wendell Roberson Farms, Inc.,   c/o Martyn and Associates,
              820 Superior Avenue, N.W., Tenth Floor,   Cleveland, Ohio 44113-1827
The following entities were noticed by electronic transmission on Dec 20, 2010.
aty         +E-mail/Text: mrstein@arnstein.com                            Miriam R. Stein,   Arnstein & Lehr LLP,
              120 South Riverside Plaza,   Suite 1200,   Chicago, IL 60606-3910
11937997     Fax: 309-828-9314 Dec 21 2010 01:35:53      Creditors' Alliance, Inc.,   PO Box 1288,
              Bloomington, IL 61702-1288
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11968211     Anthony Marano Company
aty*        +Jay A Steinberg, ESQ,   35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
11937990   ##+Art Kramers Produce Buying Service,   1131 S. Jefferson St.,   Chicago, IL 60607-4442
                                                                                   TOTALS: 1, * 1, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: preed              Page 2 of 2              Date Rcvd: Dec 20, 2010
Case: 08-02918                 Form ID: pdf002          Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2010**                         **Signature:**  /s/ Joseph Speetjens