UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SFIROS INC D B A NATS GARDEN PRODUC | § | Case No. 08-02918 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ANTHONY MARANO COMPANY | | | | | |
| 000002 | AUSTER ACQUISITIONS, LLC F/K/A | | | | | |
| 000009 | BORZYNSKI BROS. DISTRBUTING INC | | | | | |
| 000005 | BUURMA FARMS, INC. | | | | | |
| 000008 | EVERGREEN INTERNATIONAL INC | | | | | |
| 000007 | H.C. SCHMIEDING PRODUCE CO., INC. | | | | | |
| 000004 | JACK TUCHTEN WHOLESALE PRODUCTS INC | | | | | |
| 000003 | PANAMA BANANA DIST CO | | | | | |
| 000006 | WENDELL ROBERSON FARMS, INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEINBERG, TRUSTEE | | | | | |
| INTL | | | | | |
| INTL SURETIES | | | | | |
| ERROL S. SUKRU | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | | | | |
| | Allied Waste Service | | | | | |
| | Art Kramers Produce Buying Service | | | | | |
| | B&B Farms | | | | | |
| | City Wide | | | | | |
| | Coosemans Chicago, Inc. | | | | | |
| | Creditor's Alliance, Inc. | | | | | |
| | Eclipse Dist. Inc. | | | | | |
| | Esteban Ventura | | | | | |
| | Peoples Gas | | | | | |
| | Southern Produce Dist. Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stephen Levy & Assoc. | | | | | |
| | Valverde Vegetable Co. | | | | | |
| | Wayne E. Bailey Produce Co. | | | | | |
| 000013 | MCCARRON & DIESS | | | | | |
| 000011 | RUMMEL ASSOCIATES INC | | | | | |
| 000012 | VANDERWALL FARMS, INC. | | | | | |
| 000010 | ERROL SUKRU | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-02918 ERW  Judge: EUGENE R. WEDOFF | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | Date Filed (f) or Converted (c): | 02/08/08 (f) |
|  |  | 341(a) Meeting Date: | 03/12/08 |
| For Period Ending: | 04/13/11 | Claims Bar Date: | 10/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 25.00 | 0.00 |  | 0.00 | FA |
| 2. BROADWAY BANK 5960 N. BROADWAY CHICAGO, IL | 800.00 | 0.00 |  | 0.00 | FA |
| 3. COMPREHENSIVE LIABILITY AND PROPERTY DAMAGE POLICY | 0.00 | 0.00 |  | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 18,762.70 | 0.00 |  | 23,619.59 | FA |
| 5. Potential Rebate on Workers Comp Insurance Premium | Unknown | Unknown |  | 0.00 | FA |
| 6. License, Franchise or other General Intangible City Wholesale Food Establishment of Chicago | 0.00 | 0.00 |  | 0.00 | FA |
| 7. License, franchise or other General Intangible Illinois Sales Tax Resser Reg. | 0.00 | 0.00 |  | 0.00 | FA |
| 8. License, franchise or other general intangible PACA License Renewal #19924092 | 0.00 | 0.00 |  | 0.00 | FA |
| 9. License, franchise or other general intangible IL Dept of Agriculture (Registered as Specialty Farm Products Buyer) | 0.00 | 0.00 |  | 0.00 | FA |
| 10. 1992 CHEVROLET SPORTVAN 6 10/620 | 600.00 | 0.00 |  | 600.00 | FA |
| 11. 1993 GMC TOPKICK C 71-H 042 | 3,000.00 | 0.00 |  | 3,000.00 | FA |
| 12. 1993 FORD ECONOLINE REG CAB PICKUP | 600.00 | 0.00 |  | 600.00 | FA |
| 13. 1993 INTERNATIONAL MODEL 4170 | 3,000.00 | 0.00 |  | 3,000.00 | FA |
| 14. Office Equipment | 4,000.00 | 0.00 |  | 4,000.00 | FA |
| 15. Machinery, Fixtures, Equipment & Supplies Combined with No. 28 (Debtor's estimated total value of $4,000.00) | 0.00 | 0.00 |  | 3,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 50.97 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $30,787.70      $0.00      $38,670.56      $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-02918  ERW  Judge: EUGENE R. WEDOFF | Trustee Name: JAY A. STEINBERG, TRUSTEE |
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | Date Filed (f) or Converted (c): 02/08/08 (f) |
| | | 341(a) Meeting Date: 03/12/08 |
| | | Claims Bar Date: 10/30/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Produce Distributor filed vol. ch. 7; TR sold Accounts Receivable and conducted auction of vehicles;  Currently holds $36,000 in funds.  TR has determined AR and vehicle proceeds are subject to PACA trust  Contacted counsel for PACA claimants and negotiated agreement to pay administrative claims and distribute remaining funds to PACA claimants.  Obtained order approving settlement on 9/14/10.  Prepared estate tax returns and TFR.

Initial Projected Date of Final Report (TFR): 03/31/10         Current Projected Date of Final Report (TFR): 04/01/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02918 -ERW | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2249 BofA - Money Market Account |
| Taxpayer ID No: | *******4006 | | | |
| For Period Ending: | 04/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/08 | 4 | SFIROS INC D B A NATS GARDEN PRODUC 7200 S KIMBARK AVE CHICAGO, IL 60619-1416 | ACCOUNT RECEIVABLE | 1121-000 | 23,619.59 | | 23,619.59 |
| 05/07/08 | * NOTE * | ALEX NAKONECHNY | SALE OF CARS * NOTE * Properties 10, 11, 12, 13, 14, 15 | 1129-000 | 15,000.00 | | 38,619.59 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.67 | | 38,623.26 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.76 | | 38,628.02 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.91 | | 38,632.93 |
| 08/14/08 | | Transfer to Acct #*******2265 | Bank Funds Transfer | 9999-000 | | 2,625.00 | 36,007.93 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.71 | | 36,012.64 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.43 | | 36,017.07 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.49 | | 36,020.56 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.95 | | 36,023.51 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.82 | | 36,025.33 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,025.63 |
| 02/17/09 | 000301 | International Sureties, Ltd. 701 Poydras Street #420 New Orleans LA 70139 | 2009 Blanket Bond Premium Bond No. 016260455 | 2300-000 | | 70.57 | 35,955.06 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 35,955.34 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 35,955.66 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 35,956.45 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,957.36 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,958.26 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,959.18 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,960.10 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,960.99 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,961.90 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,962.80 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,963.72 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,964.63 |

Case 08-02918   Doc 41   Filed 04/27/11   Entered 04/27/11 08:16:08   Desc Main
Document      Page 11 of 14

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02918 -ERW | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2249  BofA - Money Market Account |
| Taxpayer ID No: | *******4006 | | |
| For Period Ending: | 04/13/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 35,965.46 |
| 03/04/10 | | Transfer to Acct #*******2265 | Bank Funds Transfer | 9999-000 | | 102.31 | 35,863.15 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,864.07 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.88 | | 35,864.95 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,865.86 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,866.75 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,867.65 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,868.57 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.88 | | 35,869.45 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,870.35 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,871.24 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,872.15 |
| 01/19/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.53 | | 35,872.68 |
| 01/19/11 | | Transfer to Acct #*******2265 | Final Posting Transfer | 9999-000 | | 35,872.68 | 0.00 |

| Account *******2249 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 38,619.59 | 1 | Checks | 70.57 |
| | 33 | Interest Postings | 50.97 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 38,599.99 |
| | | Subtotal | $ 38,670.56 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 38,670.56 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 38,670.56 | | | |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 11)*    Ver: 16.01c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02918 -ERW | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2265  BofA - Checking Account |
| Taxpayer ID No: | *******4006 | | |
| For Period Ending: | 04/13/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/08 | | Transfer from Acct #*******2249 | Bank Funds Transfer | 9999-000 | 2,625.00 | | 2,625.00 |
| 08/14/08 | 003001 | American Auction Associates | SALE OF INVENTORY | 3610-000 | | 1,500.00 | 1,125.00 |
| | | 8515 South Thomas Avenue | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 08/14/08 | 003002 | Errol S. Sukru | ADMINISTRATIVE EXPENSE | 2990-000 | | 1,125.00 | 0.00 |
| | | President | | | | | |
| | | 5855 North Sheridan Road | | | | | |
| | | Chicago, IL 60660 | | | | | |
| 03/04/10 | | Transfer from Acct #*******2249 | Bank Funds Transfer | 9999-000 | 102.31 | | 102.31 |
| 03/04/10 | 003003 | International Sureties, Ltd. | Bond Premium Payments | 2300-000 | | 102.31 | 0.00 |
| | | Suite 420 | 2010 Bond premium | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans   LA  70139 | | | | | |
| 01/19/11 | | Transfer from Acct #*******2249 | Transfer In From MMA Account | 9999-000 | 35,872.68 | | 35,872.68 |
| 01/20/11 | 003004 | Jay A. Steinberg, Trustee | Trustee Compensation | 2100-000 | | 2,300.00 | 33,572.68 |
| | | 35 East Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago IL  60601 | | | | | |
| 01/20/11 | 003005 | ARNSTEIN & LEHR LLP | Attorney for Trustee Fees (Other Fi | 3210-000 | | 3,075.00 | 30,497.68 |
| | | 120 SOUTH RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| 01/20/11 | 003006 | ARNSTEIN & LEHR LLP | Attorney for Trustee Expenses (Othe | 3220-000 | | 90.00 | 30,407.68 |
| | | 120 SOUTH RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| 01/20/11 | 003007 | Popowcer & Katten, Ltd. | Accountant for Trustee Fees (Truste | 3310-000 | | 600.00 | 29,807.68 |
| | | Attn:  Lois West | | | | | |
| | | 35 East Wacker Drive  #1550 | | | | | |
| | | Chicago   IL  6601 | | | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Ver: 16.01c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02918 -ERW | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2265  BofA - Checking Account |
| Taxpayer ID No: | *******4006 | | | |
| For Period Ending: | 04/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/11 | 003008 | Anthony Marano Company | Claim 000001, Payment 23.75% | 4220-000 | | 935.27 | 28,872.41 |
| 01/20/11 | 003009 | Auster Acquisitions, LLC f/k/a<br>and d/b/a The Auster Company Inc<br>William B Kohn, Esq<br>150 N Wacker Dr Ste 1400<br>Chicago, IL 60606 | Claim 000002, Payment 23.75% | 4220-000 | | 4,782.32 | 24,090.09 |
| 01/20/11 | 003010 | Panama Banana Dist Co<br>William B Kohn Esq<br>150 N Wacker Dr Ste 1400<br>Chicago, IL 60606 | Claim 000003, Payment 23.75% | 4220-000 | | 423.24 | 23,666.85 |
| 01/20/11 | 003011 | Jack Tuchten Wholesale Products Inc<br>William B Kohn Esq<br>150 N Wacker Drive Suite 1400<br>Chicago, IL 60606 | Claim 000004, Payment 23.75% | 4220-000 | | 1,651.84 | 22,015.01 |
| 01/20/11 | 003012 | Buurma Farms, Inc.<br>c/o Martyn and Associates<br>820 Superior Avenue, N.W., Tenth Floor<br>Cleveland, Ohio 44113 | Claim 000005, Payment 23.75% | 4220-000 | | 8,571.47 | 13,443.54 |
| 01/20/11 | 003013 | Wendell Roberson Farms, Inc.<br>c/o Martyn and Associates<br>820 Superior Avenue, N.W., Tenth Floor<br>Cleveland, Ohio 44113 | Claim 000006, Payment 23.75% | 4220-000 | | 8,830.93 | 4,612.61 |
| 01/20/11 | 003014 | H.C. Schmieding Produce Co., Inc.<br>c/o Martyn and Associates<br>820 Superior Avenue, N.W., Tenth Floor<br>Cleveland, Ohio 44113 | Claim 000007, Payment 23.75% | 4220-000 | | 3,815.05 | 797.56 |
| 01/20/11 | 003015 | Evergreen International Inc<br>c/o Steven M De Falco, Esq<br>Meuers Law Firm P L<br>5395 Park Central Court<br>Naples, FL 34109 | Claim 000008, Payment 23.75% | 4220-000 | | 451.24 | 346.32 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) (Page: 13)                                                                                                 Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02918 -ERW | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SFIROS INC D B A NATS GARDEN PRODUC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2265 BofA - Checking Account |
| Taxpayer ID No: | *******4006 | | | |
| For Period Ending: | 04/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/11 | 003016 | Borzynski Bros. Distrbuting Inc c/o Steven M De Falco, Esq Meuers Law Firm, P l 5395 Park Central Court Naples, FL 34109 | Claim 000009, Payment 23.75% | 4220-000 | | 346.32 | 0.00 |

```
                Account *******2265        Balance Forward         0.00
                                      0   Deposits               0.00      16  Checks                38,599.99
                                      0   Interest Postings      0.00       0  Adjustments Out           0.00
                                                                             0  Transfers Out             0.00
                                          Subtotal         $      0.00
                                                                                  Total         $     38,599.99
                                      0   Adjustments In         0.00
                                      3   Transfers In      38,599.99

                                          Total           $ 38,599.99


                Report Totals             Balance Forward        0.00
                                      2   Deposits          38,619.59      17  Checks                38,670.56
                                     33   Interest Postings     50.97       0  Adjustments Out           0.00
                                                                             3  Transfers Out        38,599.99
                                          Subtotal         $ 38,670.56
                                                                                  Total         $     77,270.55
                                      0   Adjustments In         0.00
                                      3   Transfers In      38,599.99

                                          Total           $ 77,270.55        Net Total Balance    $       0.00
```

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Ver: 16.01c